State v. Lucas

---

---

STATE OF NORTH CAROLINA v. DEWEY LUCAS

No. 7226SC141

(Filed 26 April 1972)

Constitutional Law § 30— speedy trial

Defendant was not denied the right of a speedy trial where the offense occurred on 5 November 1970, a warrant was issued the same day and was executed on 8 November 1970, a true bill of indictment was returned the week of 5 April 1971, and judgment was entered on 10 August 1971.

APPEAL by defendant from Copeland, Special Judge, 2 August 1971 Schedule "C" Criminal Session of Superior Court held in MECKLENBURG County.

Attorney General Robert Morgan by Associate Attorney Benjamin H. Baxter, Jr. for the State.

James H. Carson, Jr. for defendant appellant.

VAUGHN, Judge.

The only assignment of error brought forward is that the court erred in failing to quash the bill of indictment upon the ground that defendant was not afforded a speedy trial. The offense occurred 5 November 1970. A warrant was issued the same day and was executed on 8 November 1970. A true bill of indictment was returned by the Grand Jury at the 5 April 1971 Session of Superior Court. Judgment was entered 10 August 1971. Defendant's assignment of error is overruled. This indigent defendant was ably represented by court appointed counsel at trial and on this appeal. In the trial from which the defendant appealed, we find no prejudicial error.

No error.

Judges BROCK and HEDRICK concur.